IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM MICHAEL HART,<br><br>      Plaintiff,<br>  v.<br><br>SHERRY ANN SALOIS,<br><br>      Defendant.<br>_____/ | No. C 14-80015 MISC RS<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

     Pursuant to Northern District Local Rule 72-1, the Court HEREBY REFERS Yahoo! Inc.'s motion to quash subpoenas and any further discovery disputes filed herein to a randomly assigned Magistrate Judge for resolution. Unless directed otherwise by the Magistrate Judge, the moving party shall notice the motion for hearing pursuant to the local rules and any standing orders or procedures of the Magistrate Judge upon assignment.

IT IS SO ORDERED.

Dated: January 23, 2014

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE