United States District Court
Northern District of California

WILLIAM M. HART,

        Plaintiff,

    v.

SHERRY ANN SALOIS, et al.,

        Defendant(s).

Case No.: CV 14-80015-MISC-RS (KAW)

ORDER REQUIRING YAHOO! INC. TO SERVE PLAINTIFF AT HIS CURRENT ADDRESS OF RECORD

On January 22, 2014, third party Yahoo! Inc. filed a motion to quash the subpoena issued by Plaintiff William M. Hart in the U.S. District Court for the District of Utah. (Dkt. No. 1; *see Hart v. Salois,* 2:13-cv-00011-DAK-BCW.) On February 11, 2014, Mr. Hart was served at 324 Hickory Street, Apt. 8, Carinville, IL 62626. (Certificate of Service, Dkt. No. 5.) Mr. Hart, however, changed his address after the subpoena was issued. Notice of Change of Address by William M. Hart, *Hart v. Salois*, 2:13-cv-00011-DAK-BCW, ECF No. 123 (Dec. 6, 2013). Mr. Hart's current address is 4408 No. Rockwood Rd., #135, Peoria, Illinois 61615. *Id.*

Accordingly, Yahoo! is ordered to serve Mr. Hart with its motion to quash, along with a copy of this order, at his current address within 14 days of this order. As of the date of service, Mr. Hart will be given 14 days—plus an additional three days as provided by Civil Local Rule 7-3 for mailing or other alternative service—to file an opposition in this matter with U.S. Magistrate Judge Kandis A. Westmore, U.S. District Court for the Northern District of California, 1301 Clay St., Oakland, California 94612.

IT IS SO ORDERED.

Dated: March 13, 2014

                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge