United States District Court
Northern District of California

WILLIAM M. HART,

    Plaintiff,

v.

SHERRY ANN SALOIS, et al.,

    Defendants.

Case No.: CV 14-80015-MISC-RS (KAW)

ORDER TERMINATING MOTION TO QUASH AS MOOT

(Dkt. No. 1)

On January 22, 2014, third party Yahoo! Inc. filed a motion to quash the subpoena issued by Plaintiff William M. Hart in the U.S. District Court for the District of Utah. (Dkt. No. 1.) Mr. Hart filed his opposition on April 3, 2014. (Dkt. No. 10.) Yahoo! timely filed its reply on April 11, 2014. (Dkt. No. 11.)

On March 31, 2014, the U.S. District Court for the District of Utah dismissed the underlying case in its entirety. (*See* Memorandum Decision and Order, *Hart v. Salois*, Case No. 2:13-cv-00011-DAK-BCW (D. Utah March 31, 2014), ECF No. 126.)

Accordingly, Yahoo!'s motion to quash is terminated as moot, as the subpoena issued in the underlying case is mooted by virtue of the action's dismissal.

IT IS SO ORDERED.

Dated: May 23, 2014

                          KANDIS A. WESTMORE
                          United States Magistrate Judge